[No. 20725-7-II. Division Two. December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN AIKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-04602-2, Arthur W. Verharen, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20849-1-II. Division Two. December 12, 1997.]

KATHRYN W. NORRIS, ET AL., *Appellants*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-02639-8, Christine A. Pomeroy, J., entered June 4, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 20880-6-II. Division Two. December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE RICHARD DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-8-00131-1, William Knebes, J. Pro Tem., entered June 19, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21040-1-II. Division Two. December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL G. DESCHAMPS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00053-1, James B. Sawyer II, J., entered July 18, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.